JUNE 29, 1995

No. 94–275. DEWITT ET AL. *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. Appeal from D. C. E. D. Cal. With respect to Questions 1 through 4 presented by the statement as to jurisdic-

tion, judgment affirmed. With respect to Questions 5 and 6, appeal dismissed. 